# United States Court of Appeals
## For the First Circuit

Nos. 19-1490, 19-1602

UNITED NURSES & ALLIED PROFESSIONALS,

Petitioner, Cross-Respondent,

v.

NATIONAL LABOR RELATIONS BOARD,

Respondent, Cross-Petitioner,

JEANNETTE GEARY,

Intervenor.

**ERRATA SHEET**

The opinion of this Court issued on September 15, 2020, is amended as follows:

On page 5, fn. 1,final line, replace "at" with "for"

On page 6, line 10, change "aff'd." to "aff'd,"